AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Terry M. Woodward

                                                              JUDGMENT IN A CIVIL CASE
                         v.

Clarke, et al

                                                              CASE NUMBER: CV-07-307-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The First Amended Complaint is DISMISSED With Prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

04/16/08                                                      JAMES R. LARSEN
*Date*                                                        *Clerk*
                                                              s/ Vikki Johnson
                                                              *(By) Deputy Clerk*
                                                              Vikki Johnson